**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 1 2015

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-134-Y |
| LONNIE BRANTLEY (1) | (Supersedes information filed |
| STEVE HOLMES (2) | on June 9, 2015) |

## SUPERSEDING INFORMATION

The United States Attorney charges:

### Count One
### False Document
### (18 U.S.C. § 1001)

On or about January 14, 2013, in the Northern District of Texas, the defendant, **Lonnie Brantley**, did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, he created and submitted an affidavit in response to an inquiry by the department of Housing and Urban Development that falsely represented that he had no relationship with an entity associated with his lending business, when in fact he knew that he had an ownership interest in that entity.

All done in violation of 18 U.S.C. § 1001.

**Superseding Information - Page 1**

## Count Two
### False Document to HUD
### (18 U.S.C. § 1010)

On or about April 4, 2013, in the Northern District of Texas, the defendant, **Steve Holmes**, made, passed, uttered, and published a statement, that is an affidavit that he made and sent to the Department of Housing and Urban Development, knowing the same to be materially false, for the purpose of influencing the action of such Department in its investigation and approval of loans sought by R.H. Lending, Inc.

All done in violation of 18 U.S.C. § 1010.


JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
JAY WEIMER
Assistant United States Attorney
Texas State Bar No. 24013727
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455